UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2020

---

YONY SOSA,

                Plaintiffs

-against-

OXFORD INDUSTRIES, INC.,

                Defendant.

19cv11350 (PAE) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held an initial pretrial conference on March 5, 2020, with counsel for all parties, it is hereby ORDERED as follows:

1. In light of (a) the number of cases similar to this one that have been filed in the Court, several of which have pending motions to dismiss; (b) Defendant's representation that, although it has filed an Answer in this case, it would likely file a motion for judgment on the pleadings if the pending motions are successful; and (c) Plaintiff's consent to a stay of discovery in this action for a period sufficient to permit the resolution of at least certain of those motions; all discovery in this case shall be stayed until June 5, 2020, absent further order of the Court.

2. The parties are directed to submit a joint status report no later than May 29, 2020.

Dated: New York, New York
       March 5, 2020

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)