UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YONY SOSA *on behalf of himself and all other persons similarly situated*,

                      Plaintiff,

-v-

OXFORD INDUSTRIES, INC.,

                      Defendant.

19 Civ. 11350 (PAE) (DCF)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 3, 2020, the parties filed a joint letter, addressed to Judge Freeman, requesting "a comprehensive stay of the proceedings in this action, pending the Second Circuit's rulings" in *Yovanny Dominguez v. Banana Republic, LLC*, No. 19 Civ. 10171 (GHW) ("*Banana Republic*") and *James Murphy v. Kohl's Department Stores, Inc.*, No. 19 Civ. 9921 (GHW) ("*Kohl's*"). Dkt. 32 at 1.

The Second Circuit's resolution of these appeals is likely to impact significantly the governing law applicable to this litigation. Further, with discovery having been stayed at the parties' joint request, *see* Dkts. 18, 21, neither party would be prejudiced by the Court's waiting for guidance from the Circuit regarding identical issues. Accordingly, the Court grants the parties' joint motion for a stay of this case. The parties are directed to submit a joint status letter within one week of the Second Circuit's issuance of a decision in one of the gift card cases.

The Clerk of Court is respectfully directed to stay this case.

SO ORDERED.

                                          *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated: August 3, 2020
        New York, New York