UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

YONY SOSA,

                              **Plaintiff,**                            19-CV-11350(PAE)(VF)

      -against-                                              **ORDER**

OXFORD INDUSTRIES, INC.,

                              **Defendant.**

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On April 30, 2022, this case was reassigned to me for general pretrial supervision. The parties are ordered to file a joint status letter no later than **May 10, 2022,** providing the Court a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:       New York, New York
                  May 3, 2022

                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/03/2022