UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

YONY SOSA,

                        **Plaintiff,**                        19-CV-11350(PAE)(VF)

        -against-                                       **ORDER**

OXFORD INDUSTRIES, INC.,

                        **Defendant.**

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On August 3, 2020, this action was stayed pending the Second Circuit's resolution of Dominguez v. Banana Republic, LLC and James Murphy v. Kohl's Department Stores, Inc. See ECF No. 23. In the order granting the stay, the Court directed the parties to submit a joint status letter within one week of the Second Circuit's issuance of a decision in either case. Id. The Second Circuit issued its decision in those cases on June 2, 2022. See Calcano v. Swarovski North Am. Ltd., 36 F.4th 68 (2d Cir. 2022). However, the parties have not yet submitted a joint status letter as directed.

      Given the Second Circuit's resolution of the cases, the parties are again directed to submit a joint status letter, this time by no later than **February 16, 2024.**

      **SO ORDERED.**

DATED:    New York, New York
               February 1, 2024

                                                                            _____
                                                                           VALERIE FIGUEREDO
                                                                           United States Magistrate Judge